AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JEWELRY REPAIR ENTERPRISES, INC. d/b/a
FAST-FIX JEWELRY AND WATCH REPAIRS, a
Pennsylvania Corporation,

*Plaintiff(s)*

v.

MCNEIL JEWELRY, INC., a Texas corporation,
ROBERT McNEIL, an individual, and MARIA
McNEIL, an individual,

*Defendant(s)*

Civil Action No. **9:17-cv-80401**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MCNEIL JEWELRY, INC.
BY SERVING ITS REGISTERED AGENT: ROBERT McNEIL
11201 ROUND LANE EAST
HASLET, TX 76052
OR
4800 S. HULEN STREET, STE. 2335
FORT WORTH, TX 76132-1540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   NATHAN E. NASON, ESQ.
NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
3001 PGA BLVD., STE. 305
PALM BEACH GARDENS, FL 33410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: __ Mar 30, 2017 ____

Steven M. Larimore
Clerk of Court

*s/ Autumn Sandoval*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JEWELRY REPAIR ENTERPRISES, INC. d/b/a FAST-FIX JEWELRY AND WATCH REPAIRS, a Pennsylvania Corporation,<br><br>*Plaintiff(s)*<br>v.<br>MCNEIL JEWELRY, INC., a Texas corporation, ROBERT McNEIL, an individual, and MARIA McNEIL, an individual,<br><br>*Defendant(s)* | Civil Action No. **9:17-cv-80401** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROBERT McNEIL
11201 ROUND LANE EAST
HASLET, TX 76052

OR

4800 S. HULEN STREET, #2080
FORT WORTH, TX 76132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   NATHAN E. NASON, ESQ.
NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
3001 PGA BLVD., STE. 305
PALM BEACH GARDENS, FL 33410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  __ Mar 30, 2017 ____

Steven M. Larimore
Clerk of Court

*s/ Autumn Sandoval*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JEWELRY REPAIR ENTERPRISES, INC. d/b/a FAST-FIX JEWELRY AND WATCH REPAIRS, a Pennsylvania Corporation,<br><br>*Plaintiff(s)*<br>v.<br>MCNEIL JEWELRY, INC., a Texas corporation, ROBERT McNEIL, an individual, and MARIA McNEIL, an individual,<br><br>*Defendant(s)* | Civil Action No. **9:17-cv-80401** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARIA McNEIL
11201 ROUND LANE EAST
HASLET, TX 76052

OR

4800 S. HULEN STREET, #2080
FORT WORTH, TX 76132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   NATHAN E. NASON, ESQ.
NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
3001 PGA BLVD., STE. 305
PALM BEACH GARDENS, FL 33410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___ Mar 30, 2017 _____

Steven M. Larimore
Clerk of Court

s/ Autumn Sandoval
Deputy Clerk
U.S. District Courts